

ANDA 216616

**ANDA APPROVAL**

Evita Solutions, LLC
(b) (6), (b) (4)

Dear (b) (6), (b) (4):

This letter is in reference to your abbreviated new drug application (ANDA) received for review on October 1, 2021, submitted pursuant to section 505(j) of the Federal Food, Drug, and Cosmetic Act (FD&C Act) for Mifepristone Tablets, 200 mg.

Reference is also made to any amendments submitted prior to the issuance of this letter.

We have completed the review of this ANDA and have concluded that adequate information has been presented to demonstrate that the drug meets the requirements for approval under the FD&C Act. Accordingly the ANDA is **approved**, effective on the date of this letter. We have determined your Mifepristone Tablets, 200 mg to be bioequivalent and therapeutically equivalent to the reference listed drug (RLD), Mifeprex (mifepristone) tablets, 200 mg, of Danco Laboratories, LLC NDA - 020687.

## **RISK EVALUATION AND MITIGATION STRATEGY REQUIREMENTS**

Section 505-1 of the FD&C Act authorizes FDA to require the submission of a risk evaluation and mitigation strategy (REMS), if FDA determines that such a strategy is necessary to ensure that the benefits of the drug outweigh the risks [section 505-1(a) of the FD&C Act]. In accordance with section 505-1(i) of the FD&C Act, a drug that is the subject of an ANDA under section 505(j) of the FD&C Act is subject to certain elements of the REMS required for the applicable listed drug.

The details of the REMS requirements were outlined in our REMS notification letter dated January 26, 2022.

The Mifepristone REMS Program is an approved single, shared system (SSS) REMS for mifepristone 200 mg tablets, in a regimen with misoprostol, for the medical termination of intrauterine pregnancy through 70 days gestation; it includes Elements to Assure Safe Use (ETASU) and an implementation system.

Your final proposed REMS, received on April 16, 2025 is approved. Your product will be included in the Mifepristone REMS Program and will be posted on the FDA REMS website: http://www.fda.gov/rems.

**U.S. Food & Drug Administration**
**Silver Spring, MD 20993**
www.fda.gov

ANDA 216616
Page 2

Other products may be added to the Mifepristone REMS Program in the future if additional NDAs or ANDAs are approved.

Your REMS must be fully operational before you introduce your drug into interstate commerce.

Under section 505-1(g)(2)(C) of the FD&C Act, FDA can require the submission of a REMS assessment if FDA determines an assessment is needed to evaluate whether the REMS should be modified to ensure the benefits of the drug outweigh the risks or to minimize the burden on the healthcare delivery system of complying with the REMS.

We remind you that you must include an adequate rationale to support a proposed REMS modification for the addition, modification, or removal of any goal or element of the REMS, as described in section 505-1(g)(4) of the FD&C Act.

We also remind you that section 505-1(f)(8) of the FD&C Act prohibits holders of an approved covered application from using any element to assure safe use to block or delay approval of an application under section 505(b)(2) or (j). A violation of this provision in 505-1(f) of the FD&C Act could result in enforcement action.

Prominently identify any submission containing a REMS assessment or proposed modifications of the REMS with the following wording in bold capital letters at the top of the first page of the submission as appropriate:

    **ANDA 216616 REMS ASSESSMENT**

        *or*

    **NEW SUPPLEMENT FOR ANDA 216616/S-000**
    **CHANGES BEING EFFECTED IN 30 DAYS**
    **PROPOSED MINOR REMS MODIFICATION**

        *or*

    **NEW SUPPLEMENT FOR ANDA 216616/S-000**
    **PRIOR APPROVAL SUPPLEMENT**
    **PROPOSED MAJOR REMS MODIFICATION**

        *or*

    **NEW SUPPLEMENT FOR ANDA 216616/S-000**
    **PRIOR APPROVAL SUPPLEMENT**
    **PROPOSED REMS MODIFICATIONS DUE TO SAFETY LABELING**
    **CHANGES SUBMITTED IN SUPPLEMENT XXX**

ANDA 216616
Page 3

Should you choose to submit a REMS revision, prominently identify the submission containing the REMS revisions with the following wording in bold capital letters at the top of the first page of the submission:

**REMS REVISION FOR ANDA 216616**

To facilitate review of your submission, we request that you submit your proposed modified REMS and other REMS-related materials in Microsoft Word format. If certain documents, such as enrollment forms, are only in PDF format, they may be submitted as such, but Word format is preferred.

## COMPENDIAL STANDARDS

A drug with a name recognized in the official United States Pharmacopeia or official National Formulary (USP-NF) generally must comply with the compendial standard for strength, quality, and purity, unless the difference in strength, quality, or purity is plainly stated on its label (see FD&C Act § 501(b), 21 USC 351(b)). FDA typically cannot share application-specific information contained in submitted regulatory filings with third parties, which includes USP-NF. To help ensure that a drug continues to comply with compendial standards, application holders may work directly with USP-NF to revise official USP monographs.  More information on the USP-NF is available on USP's website as https://www.uspnf.com/.

## REQUIREMENTS AND RECOMMENDATIONS POST APPROVAL

Under applicable statutes, regulations, and guidances, your ANDA may be subject to certain requirements and recommendations post approval, including requirements regarding changes to approved ANDAs, postmarketing reporting, promotional materials, and annual facility fees, among others. For information on post-approval requirements and recommendations for ANDAs and a list of resources for ANDA holders, we refer you to https://www.fda.gov/drugs/abbreviated-new-drug-application-anda/requirements-and-resources-approved-andas.

        Sincerely yours,

        *{See appended electronic signature page}*

(b) (6)

        Center for Drug Evaluation and Research

**U.S. Food & Drug Administration**
**Silver Spring, MD 20993**
www.fda.gov

(b) (6)

Digitally signed by (b) (6)
Date: 9/30/2025 10:20:02AM
GUID: (b) (6)