IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *THE STATE OF MISSOURI, et al.* )<br>)<br>Intervenor Plaintiffs, )<br>)<br>v. )<br>)<br>*U.S. FOOD AND DRUG* )<br>*ADMINISTRATION, et al.* )<br>)<br>Defendants. )<br>) | Case No. 4:25-cv-01580-CMS |

## ENTRY OF APPEARANCE

COMES NOW Katrina L. Smeltzer and enters her appearance as additional counsel on behalf of Danco Laboratories, Inc.

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ Katrina L. Smeltzer*
Kurt S. Odenwald, MO #27996
701 Market Street, Suite 600
St. Louis, MO  63101-1826
314-231-3332
314-241-7604 (Fax)
kodenwald@sandbergphoenix.com

Katrina L Smeltzer, MO #60797
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
816-627-5332
816-627-5532 (Fax)
ksmeltzer@sandbergphoenix.com

Attorneys for Defendant
Danco Laboratories, Inc.

1

41559143

## Certificate of Service

I hereby certify that on the 4th day of December 2025 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                            */s/ Katrina L. Smeltzer*

41559143