UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THE STATE OF MISSOURI, et al., | ) | |
| | ) | |
| Intervenor Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-CV-1580-CMS |
| | ) | |
| U.S. FOOD AND DRUG | ) | |
| ADMINISTRATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Before the Court is the State of Missouri, the State of Kansas, and the State of Iowa's ("Intervenor Plaintiffs") Motion for Leave to Supplement the Amended Complaint. (Doc. 277). Under Federal Rule of Civil Procedure 15(d), the Court, "[o]n motion and reasonable notice," may "permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." In particular, the Intervenor Plaintiffs "wish to address the [] decision of Defendant U.S Food and Drug Administration (FDA) to grant Evita Solutions, LLC's [] amended new drug application [] for a generic form of Mifeprex, Mifepristone Tablets, 200mg" on September 30, 2025. (Doc. 277-1 ¶¶ 3, 14). The Intervenor Plaintiff's operative Amended Complaint was filed on January 16, 2025. (Doc. 217).

"Most courts use the same standard in deciding whether to grant or deny leave to file a supplemental pleading that is used in deciding whether to grant or deny leave to amend." *Riggs v. City of Owensville*, No. 4:10-CV-793 CAS, 2011 WL 1576723, at *2 (E.D. Mo. Apr. 26, 2011) (citation omitted). Accordingly, in evaluating whether to grant Intervenor Plaintiffs' motion to file a supplemental pleading, the Court will consider "(1) whether the motion was filed in bad faith or with dilatory motive; (2) whether the motion was filed with undue delay; (3) whether leave to

[supplement] would be unduly prejudicial to the opposing parties; and (4) whether the proposed [supplemental pleading] would be futile." *See Bader Farms, Inc. v. Monsanto Co.*, No. 1:16CV299-SNLJ, 2019 WL 1505876, at *1 (E.D. Mo. Apr. 5, 2019) (quoting *Bell v. Allstate Life Ins. Co.*, 160 F.3d 452, 454 (8th Cir. 1998)).

For the reasons articulated in Intervenor Plaintiff's motion, *see* (Doc. 277 at 7–11), the Court will grant the Intervenor Plaintiffs leave to file a supplemental pleading. The Court also notes that the Federal Defendants do not oppose the Intervenor Plaintiffs' motion. *See* (Doc. 278 at 1) ("Without waiving any defense they might assert in a motion to dismiss or a responsive pleading, Federal Defendants do not oppose Intervenor Plaintiffs' Motion for Leave to Supplement the Amended Complaint.").

Accordingly, Intervenor Plaintiffs' Motion for Leave to Supplement the Amended Complaint (Doc. 277) is **GRANTED**. Intervenor Plaintiffs are **ORDERED** to file their Supplemental Complaint without undue delay.

So ordered this 19th day of December 2025.

**CRISTIAN M. STEVENS**
**UNITED STATES DISTRICT JUDGE**