UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, et al., ) | |
| ) | |
| Intervenor Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:25-CV-1580-CMS |
| ) | |
| U.S. FOOD AND DRUG ) | |
| ADMINISTRATION, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the Court is the Federal Defendants' request for leave to file a consolidated response, (Doc. 278 at 2–3), to Intervenor Plaintiffs' Amended Complaint, (Doc. 217), and Supplemental Complaint, (Doc. 281). The Federal Defendants have requested that "the Court permit [them] to file a consolidated response to the Amended Complaint and Supplemental Complaint at least 60 days after the Supplemental Complaint is docketed" if the Court determines that "the motions to dismiss are no longer pending (or should be refiled for any other reason)." (Doc. 278 at 2–3).

Federal Rule of Civil Procedure 15(d) authorizes the Court to "order that [an] opposing party plead to [a] supplemental pleading within a specified time." Given the nature of this case, the Court would find beneficial a response from the Federal Defendants directed at Intervenor Plaintiffs' Supplemental Complaint. As the Federal Defendants indicate that "arguments regarding subject matter jurisdiction and exhaustion would also pertain to the Supplemental Complaint," a consolidated response to both the Amended Complaint and Supplemental Complaint, as suggested by the Federal Defendants, strikes the Court as eminently sensible and economical. *See* (Doc. 278 at 2).

Accordingly, Federal Defendants' request for leave to file a consolidated response, (Doc. 278 at 2–3), to Plaintiffs' Amended Complaint, (Doc. 217), and Supplemental Complaint, (Doc. 281), is **GRANTED**. Federal Defendants are granted to and including **March 6, 2026,** to file their consolidated response. To the extent the Federal Defendants' previously filed Motion to Dismiss Intervenor States' Amended Complaint (Doc. 218) is not already entirely mooted by the filing of Plaintiffs' Supplemental Complaint, the Court **DENIES** that motion as moot.

So ordered this 22nd day of December 2025.

_____
**CRISTIAN M. STEVENS**
**UNITED STATES DISTRICT JUDGE**