# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, *et al.*,<br><br>   Intervenor-Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>   Defendants,<br><br>and<br><br>DANCO LABORATORIES, LLC,<br><br>   Intervenor-Defendant,<br><br>and<br><br>GENBIOPRO, INC.,<br><br>   Intervenor-Defendant. | Case No. 4:25-cv-01580-CMS |

## ENTRY OF APPEARANCE

COMES NOW Christopher Nease and enters his appearance as additional counsel on behalf of Intervenor-Defendant GenBioPro, Inc.

Dated: December 24, 2025

             Respectfully submitted,

             ARNOLD & PORTER KAYE SCHOLER LLP

             */s/ Christopher Nease*
             Christopher Nease (#57327 MO)
             ARNOLD & PORTER KAYE SCHOLER LLP
             700 Louisiana St., Suite 4000
             Houston, TX 77002-2755
             (713) 576-2400
             (713) 576-2499 (fax)
             chris.nease@arnoldporter.com

             *Counsel for GenBioPro, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on December 24, 2025, I electronically filed the foregoing using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

<u>*/s/ Christopher Nease*</u>
Christopher Nease
