IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, et al., <br><br> *Defendants*. | Case No. 4:25-cv-01580-CMS |

**MOTION TO WITHDRAW LYNN MEHLER AS COUNSEL
FOR INTERVENOR DEFENDANT DANCO LABORATORIES LLC**

Comes now, Lynn Mehler, counsel for Intervenor Defendant Danco Laboratories LLC, and hereby moves to withdraw as counsel in this case.  Danco Laboratories LLC consents to this motion to withdraw and will continue to be represented in this case by other counsel of record.

Dated: December 30, 2025

Respectfully submitted,

*/s/ Lynn Mehler*
Lynn Mehler
**Hogan Lovells US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile:  (202) 637-5910
lynn.mehler@hoganlovells.com

(Admitted *pro hac vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, the foregoing document was filed electronically using the Court's CM/ECF system. Service was effected by and through the Court's CM/ECF system.

/s/ Lynn Mehler
Lynn Mehler