# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, *et al.*, *Intervenor Plaintiffs*, v. U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, *Federal Defendants*, and DANCO LABORATORIES, *et al.*, *Intervenor Defendants.* | No. 4:25-cv-01580-CMS |

## FEDERAL DEFENDANTS' MOTION TO STAY OR, ALTERNATIVELY, DISMISS

Federal Defendants respectfully move that this Court (1) stay this litigation pursuant to its inherent authority during the pendency of the U.S. Food and Drug Administration's review of the mifepristone Risk Evaluation and Mitigation Strategy, or, alternatively, (2) dismiss the Amended and Supplemental Complaints under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The grounds for this motion are set forth in the accompanying memorandum.

Intervenor Plaintiffs oppose the relief requested in this motion.

Counsel for Intervenor Defendant Danco Laboratories states: "Danco's position, as detailed in its motion to dismiss, is that the Plaintiff States lack standing and that in the absence of a party with Article III standing, the more prudent course is for the Court to dismiss the action rather than to stay it.  If the Court declines to dismiss the case at this time, however, Danco would not oppose Federal Defendants' request for a stay of these proceedings pending the ongoing FDA review."

Counsel for Intervenor Defendant GenBioPro states: "GenBioPro's position, which will be

set forth more fully in GenBioPro's upcoming motion to dismiss, is that Plaintiffs lack standing and have failed to exhaust administrative remedies, and therefore the Court lacks jurisdiction and the case should be dismissed.  To the extent the Court declines to dismiss the case at this time, GenBioPro would not oppose Federal Defendants' request for a stay of these proceedings pending the ongoing FDA review."

|  |  |
|---|---|
| March 6, 2026 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>JAMES W. HARLOW<br>Acting Assistant Director<br><br>*/s/ Noah T. Katzen*<br>NOAH T. KATZEN<br>Trial Attorney<br>Federal Programs Branch<br>U.S. Department of Justice<br>1100 L St., NW<br>Washington, DC 20005<br>202-305-2428<br>Noah.T.Katzen@usdoj.gov<br><br>*Counsel for Federal Defendants* |