UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI et al., )<br>)<br>Intervenor-Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. FOOD AND DRUG )<br>ADMINISTRATION et al., )<br>)<br>Defendants. ) | Case No. 4:25-CV-1580-CMS |

**Joint Motion for Leave to File Consolidated Response, Extension of Time to Respond to Motions to Dismiss, and for Extension of Time to Reply**

Pursuant to Federal Rule of Civil Procedure 6, all parties respectfully request that this Court (1) grant Intervenor-Plaintiffs leave to file one brief in response to Federal Defendants' Motion to Stay or, Alternatively, Motion to Dismiss and Intervenor-Defendants' motions to dismiss; (2) grant an extension of time to file the consolidated response up to and including March 27, 2026; and (3) grant an extension of time for Federal Defendants and Intervenor-Defendants to file their replies up to and including April 10, 2026. In support of this motion, the parties state the following:

1. On March 6, 2026, Federal Defendants filed a Motion to Stay or, Alternatively, Dismiss Intervenor-Plaintiffs' Amended and Supplemental Complaints. ECF 293.

2. That same day, Intervenor-Defendant Danco Laboratories, LLC filed a Motion to Dismiss Intervenor-Plaintiffs' Amended and Supplemental Complaints. ECF 294.

3. On March 13, 2026, Intervenor-Defendant GenBioPro, Inc. filed a Motion to Dismiss Intervenor-Plaintiffs' Amended and Supplemental Complaints. ECF 297.

4. Pursuant to Local Rule 4.01(B), Intervenor-Plaintiffs have 14 days to respond to each motion.

5. Accordingly, Intervenor-Plaintiffs' responses to Federal Defendants' and Danco's motion are due March 20, 2026, and their response to GenBioPro's motion is due March 27, 2026.

6. The motions to dismiss contain similar arguments, which lend themselves to a joint response in the interest of judicial economy.

7. Accordingly, the parties respectfully request that this Court grant Intervenor-Plaintiffs the ability to file one brief in response to the three motions by March 27, 2026. This is the date a response is required for Intervenor-Defendant GenBioPro Inc.'s motion and is a seven-day extension to respond to Federal Defendants' and Danco's motions.

8. Should this Court grant the extension, according to Local Rule 4.01(B) Federal Defendants' and Intervenor-Defendants' reply briefs would be due April 6, 2026.

9. Because Federal Defendants' counsel will be on leave and traveling between March 28, 2026, and April 3, 2026, the parties request that this Court grant Federal Defendants and Intervenor-Defendants the ability to file their reply briefs on

April 10, 2026—that is, a four-day extension to reply to Intervenor-Plaintiffs' opposition.

10. The parties make these requests in good faith.

11. All parties consent to this motion.

WHEREFORE, the parties respectfully request leave for Intervenor-Plaintiffs to file a consolidated response, a seven-day extension of time for Intervenor-Plaintiffs to respond to Federal Defendants' and Danco's motion, and a four-day extension of time for Federal Defendants and Intervenor-Defendants to reply to Intervenor-Plaintiff's opposition.

Date: March 16, 2026

**CATHERINE HANAWAY**
Missouri Attorney General

*/s/ Kathleen Hunker*
Louis J. Capozzi, III, 77756MO
  *Solicitor General*
Kathleen Hunker, 24118415TX
  *Principal Deputy Solicitor General*
Alexandria L. Overcash, 97153VA
Madeline S. Lansdell, 78538MO
  *Assistant Solicitors General*

Office of the Attorney General
815 Olive St. Suite 200
St. Louis, Missouri 63101
Phone: (314) 340-4869
Fax (573) 751-1774
Louis.Capozzi@ago.mo.gov
Kathleen.Hunker@ago.mo.gov
Alexandria.Overcash@ago.mo.gov
Madeline.Lansdell@ago.mo.gov

*Counsel for Intervenor-Plaintiff State of Missouri*

**BRETT A. SHUMATE**
Assistant Attorney General

JAMES W. HARLOW
Acting Assistant Director

/s/ Noah T. Katzen

Respectfully submitted,

**RAÚL R. LABRADOR**
Idaho Attorney General

*/s/ Michael Zarian*
Michael Zarian, #12418ID
  *Solicitor General*

Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
Telephone: (208) 334-2400
Facsimile: (208) 854-8071
michael.zarian@ag.idaho.gov

*Counsel for Intervenor-Plaintiff State of Idaho*

**KRIS W. KOBACH**
Attorney General of Kansas

/s/ *James R. Rodriguez*
James R. Rodriguez
  *Assistant Attorney General*

Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-7109
Facsimile: (785) 296-3131
Jay.Rodriguez@ag.ks.gov

*Counsel for Intervenor-Plaintiff State of Kansas*

**ARNOLD & PORTER KAYE SCHOLER LLP**

/s/ *Christopher Neese*
Christopher Nease (#57327 MO)

ARNOLD & PORTER

4

NOAH T. KATZEN
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L St., NW
Washington, DC 20005
202-305-2428
Noah.T.Katzen@usdoj.gov

Counsel for Federal Defendants

/s/ *Kurt S. Odenwald*
Kurt S. Odenwald, # 27996 (MO)

Counsel for Intervenor-Defendant
 Danco Laboratories, LLC

SANDBERG PHOENIX PC
701 Market Street
St. Louis, MO 63101
Tel: (314) 425-8403

koldenwald@sandbergphoenix.com

Katrina Smeltzer, #60797 (MO)
SANDBERG PHOENIX PC
4600 Madison Ave., Suite 1000
Kansas City, MO 64112
Tel: (816) 627 5332
ksmeltzer@sandbergphoenix.com

Jessica L. Ellsworth*
Marlan Golden*

HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
jessica.ellsworth@hoganlovells.com

*admitted pro hac vice
Counsel for Danco Laboratories, LLC

KAYE SCHOLER LLP
811 Main St., Suite 1800
Houston, TX 77002-2755
(713) 576-2400
chris.nease@arnoldporter.com

Daphne O'Connor*
Robert J. Katerberg*
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 942-5000
daphne.oconnor@arnoldporter.com
robert.katerberg@arnoldporter.com

Skye L. Perryman*
Carrie Y. Flaxman*
Lisa Newman**

DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090

sperryman@democracyforward.org
cflaxman@democracyforward.org
lnewman@democracyforward.org

*Counsel for Intervenor-Defendant
GenBioPro, Inc.*

* Deemed admitted pro hac vice per
Local Rule 12.01 and the Court's
Case Opening Notification
** Pro hac vice application
forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, a true and accurate copy of the foregoing was electronically filed by using the Court's CM/ECF system to be served on all counsel of record entered in the case.

/s/ *Kathleen Hunker*