THE STATE OF MISSOURI    )
                      )ss.

COUNTY OF COLE        )

## AFFIDAVIT

Before me, the undersigned authority, personally appeared Emily Hollis, who being by me duly sworn, deposed as follows:

1. My name is Emily Hollis, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein:

2. I am the interim custodian of records of the Missouri Department of Health and Senior Services.

3. Attached hereto are fifteen (15) pages of records from the Missouri Department of Health and Senior Services, consisting of:

- Missouri Abortion Complication Reports, January 1, 2023 – February 28, 2026 (1 page)
- Graph D. Resident Abortion Ratios per 1,000 Live Births: Missouri, 1971-2022 (1 page)
- Explanation for removal of Graph D from 2023 Vital Statistics Report (1 page)
- Table 11. Resident Teen-Age Pregnancies and Abortions by Selected Ages by County of Residence: Missouri, 2022 (2 pages)
- Table 11. Resident Teen-Age Pregnancies and Abortions by Selected Ages by County of Residence: Missouri, 2023 (2 pages)
- Table 12A. Resident Abortions by Race, Age, and Type of Procedure by Weeks of Gestation: Missouri, 2022 (1 page)
- Table 12A. Resident Abortions by Race, Age, and Type of Procedure by Weeks of Gestation: Missouri, 2023 (1 page)
- Table 12B: Recorded Abortions by Race, Age, and Type of Procedure by Weeks of Gestation: Missouri, 2022 (1 page)
- Table 12B: Recorded Abortions by Race, Age, and Type of Procedure by Weeks of Gestation: Missouri, 2023 (1 page)
- Table 12C. Post-Abortion Complication Report: Missouri, 2022 (1 page)
- Table 12C. Post-Abortion Complication Report: Missouri, 2023 (1 page)
- Table 13: Resident Abortions by Age, Marital Status, and Education by Race and Hispanic Origin: Missouri, 2022 (1 page)
- Table 13: Resident Abortions by Age, Marital Status, and Education by Race and Hispanic Origin: Missouri, 2023 (1 page)

4. These fifteen (15) pages of records are kept by the Missouri Department of Health and Senior Services in the regular course of business, and it was the regular course of business of the Missouri Department of Health and Senior Services for an employee or representative of the Missouri Department of Health and Senior Services with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, opinion, or diagnosis. The records attached hereto are the original or exact duplicates of the original.

I declare under penalty of perjury that the foregoing is true and correct.

1

Affidavit of Emily Hollis

_____

Affiant, Emily Hollis, Interim Custodian of Records

In witness whereof I have hereunto subscribed by name and affixed by official seal this.
Subscribed and affirmed before me this 24th day of March, 2026.

_____

Notary Public

My commission expires:

KYRA DELUCA
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
COMMISSION EXPIRES JUNE 15, 2029
COLE COUNTY
COMMISSION #25579927

2

Affidavit of Emily Hollis

| Missouri Abortion Complication Reports, Jan 1, 2023 – Feb 28, 2026 | | | |
|---|---|---|---|
| Year | Total Complication Reports | Total Complication Reports for Medication Abortions | Total Complication Reports for Medical Abortions Reported by Public Hospitals |
| 2023 | 71 | 35 | 17 |
| 2024 | 48 | 20 | 7 |
| 2025 | 47 | 13 | 4 |
| 2026 | 7 | 2 | 0 |

Source:  Missouri Vital Statistics

### Graph D. Resident Abortion Ratios per 1,000 Live Births: Missouri, 1971-2022



| Year | Recorded | Resident | Resident Ratio | Estimated* Resident | Estimated* Resident Ratio | Year | Recorded | Resident | Resident Ratio | Estimated* Resident | Estimated* Resident Ratio |
|------|----------|----------|----------------|---------------------|---------------------------|------|----------|----------|----------------|---------------------|---------------------------|
| **1971** | --- | 4,582 | 58.5 | --- | --- | **2010** | 6,163 | 9,796 | 127.7 | 11,823 | 154.1 |
| **1975** | 10,245 | 11,077 | 161.8 | --- | --- | **2015** | 4,765 | 7,474 | 99.6 | 9,083 | 121.0 |
| **1980** | 19,043 | 21,671 | 275.8 | --- | --- | **2017** | 3,903 | 6,790 | 93.0 | 9,029 | 123.6 |
| **1985** | 19,482 | 19,210 | 250.5 | --- | --- | **2018** | 2,910 | 6,125 | 83.6 | 9,271 | 126.5 |
| **1990** | 16,366 | 17,947 | 226.8 | 19,582 | 247.5 | **2019** | 1,471 | 4,660 | 64.6 | 9,254 | 128.3 |
| **1995** | 11,203 | 13,635 | 187.3 | 16,281 | 223.6 | **2020** | 167 | 3,391 | 48.9 | 10,018 | 144.6 |
| **2000** | 7,884 | 12,292 | 161.0 | 15,710 | 205.8 | **2021** | 150 | 3,653 | 52.7 | 11,185 | 161.5 |
| **2005** | 7,977 | 11,619 | 147.9 | 14,025 | 178.6 | **2022** | 88 | 3,012 | 43.7 | 10,255 | 148.7 |

Source: 1971-1974 Centers for Disease Control; 1975-2022 Missouri Department of Health & Senior Services.

Graph D Abortion Definitions:

Recorded: Abortions performed in a facility located in Missouri.

Resident: Abortions to Missouri residents regardless of where the abortions occurred as indicated on the individual record level data reports.

*Estimated Resident: Resident abortions as defined above plus estimated Missouri resident counts from Illinois for 1988-2022 and Tennessee in 1997-2005, Arkansas 2014-2017, and Oklahoma 2019-2022. See Appendix under Vital Records for more information.

**NEW TABLES ON POST-ABORTION COMPLICATIONS (TABLE 12C)**

In 2018, a new table was added entitled Post-Abortion Complication Report Results. Since 1980, Missouri statutes have allowed health care providers (hospitals, clinics, and physicians) to complete and submit "Complication Report for post-Abortion Care" forms after treating patients for complications following induced abortions. However, reporting from this form has been very sporadic through the years. In 2017, MDHSS revised the form and the regulations related to post-abortion complications in a major effort to improve our understanding of these procedures. Table 12C shows the results of this data for the 2023 calendar year. Data collected includes the type of complication, whether the original abortion procedure was surgical or medical, and whether the patient was hospitalized. In 2023, MDHSS received 69 complication reports representing 96 complications. The post-abortion care for all of the reported complications took place in Missouri, but most of the original abortions were performed in other states. The completeness of reporting is still uncertain, and other states do not exchange this type of data with MDHSS.

**GRAPH D ON MISSOURI RESIDENT ABORTION TRENDS DROPPED**

In 2023, a new abortion law in Illinois was implemented which excluded state of residence as a data variable for Illinois recorded abortions.  From 2020 to 2022, Illinois abortions accounted for about two-thirds of Missouri estimated resident abortions.  Therefore, without counts on Illinois abortions to Missouri residents, Graph D on Missouri resident abortion trends became rather meaningless, and thus was dropped from the Missouri Vital Statistics report beginning with 2023 data.

The resident abortion data in Tables 11-15 come from individual data reports.  We receive those records from Missouri, Kansas, and a few other states.  With the tremendous decrease in Missouri recorded abortions (only 37 in 2023) and several surrounding states also passing abortion bans, well over 95 percent of the Missouri reported resident abortions appearing in Tables 11-15 take place in Kansas and most occur to Missourians living in Western Missouri.  These tables need to be interpreted with that in mind.

**Table 11. Resident Teen-Age Pregnancies and Abortions by Selected Ages by County of Residence: Missouri, 2022**

| | Total Pregnancies | | | Abortions | | |
|---|---|---|---|---|---|---|
| | Under 20 | Under 18 | 18-19 | Under 20 | Under 18 | 18-19 |
| **State Total** | 3,565 | 883 | 2,682 | 256 | 50 | 206 |
| **Adair** | 10 | 3 | 7 | 0 | 0 | 0 |
| **Andrew** | 11 | 3 | 8 | 2 | 0 | 2 |
| **Atchison** | 2 | 1 | 1 | 0 | 0 | 0 |
| **Audrain** | 18 | 6 | 12 | 0 | 0 | 0 |
| **Barry** | 31 | 7 | 24 | 1 | 0 | 1 |
| **Barton** | 8 | 3 | 5 | 1 | 0 | 1 |
| **Bates** | 12 | 4 | 8 | 1 | 0 | 1 |
| **Benton** | 14 | 4 | 10 | 0 | 0 | 0 |
| **Bollinger** | 7 | 2 | 5 | 0 | 0 | 0 |
| **Boone** | 68 | 19 | 49 | 7 | 3 | 4 |
| **Buchanan** | 75 | 21 | 54 | 7 | 1 | 6 |
| **Butler** | 50 | 15 | 35 | 0 | 0 | 0 |
| **Caldwell** | 8 | 2 | 6 | 1 | 0 | 1 |
| **Callaway** | 18 | 6 | 12 | 0 | 0 | 0 |
| **Camden** | 23 | 8 | 15 | 1 | 0 | 1 |
| **Cape Girardeau** | 57 | 23 | 34 | 0 | 0 | 0 |
| **Carroll** | 4 | 0 | 4 | 1 | 0 | 1 |
| **Carter** | 2 | 1 | 1 | 0 | 0 | 0 |
| **Cass** | 72 | 13 | 59 | 14 | 2 | 12 |
| **Cedar** | 10 | 3 | 7 | 0 | 0 | 0 |
| **Chariton** | 8 | 2 | 6 | 1 | 0 | 1 |
| **Christian** | 33 | 8 | 25 | 1 | 0 | 1 |
| **Clark** | 6 | 1 | 5 | 0 | 0 | 0 |
| **Clay** | 114 | 24 | 90 | 25 | 8 | 17 |
| **Clinton** | 14 | 3 | 11 | 3 | 1 | 2 |
| **Cole** | 43 | 13 | 30 | 2 | 1 | 1 |
| **Cooper** | 8 | 0 | 8 | 0 | 0 | 0 |
| **Crawford** | 20 | 7 | 13 | 0 | 0 | 0 |
| **Dade** | 7 | 2 | 5 | 0 | 0 | 0 |

| | Total Pregnancies | | | Abortions | | |
|---|---|---|---|---|---|---|
| | Under 20 | Under 18 | 18-19 | Under 20 | Under 18 | 18-19 |
| **Dallas** | 14 | 2 | 12 | 0 | 0 | 0 |
| **Daviess** | 4 | 1 | 3 | 0 | 0 | 0 |
| **Dekalb** | 9 | 2 | 7 | 1 | 0 | 1 |
| **Dent** | 11 | 0 | 11 | 0 | 0 | 0 |
| **Douglas** | 9 | 1 | 8 | 0 | 0 | 0 |
| **Dunklin** | 36 | 15 | 21 | 1 | 0 | 1 |
| **Franklin** | 50 | 19 | 31 | 0 | 0 | 0 |
| **Gasconade** | 7 | 5 | 2 | 0 | 0 | 0 |
| **Gentry** | 5 | 0 | 5 | 0 | 0 | 0 |
| **Greene** | 203 | 49 | 154 | 8 | 0 | 8 |
| **Grundy** | 7 | 2 | 5 | 0 | 0 | 0 |
| **Harrison** | 2 | 0 | 2 | 2 | 0 | 2 |
| **Henry** | 14 | 1 | 13 | 0 | 0 | 0 |
| **Hickory** | 3 | 0 | 3 | 1 | 0 | 1 |
| **Holt** | 1 | 0 | 1 | 0 | 0 | 0 |
| **Howard** | 4 | 2 | 2 | 0 | 0 | 0 |
| **Howell** | 44 | 8 | 36 | 0 | 0 | 0 |
| **Iron** | 6 | 2 | 4 | 0 | 0 | 0 |
| **Jackson** | 589 | 152 | 437 | 138 | 26 | 112 |
| **Jasper** | 129 | 31 | 98 | 3 | 1 | 2 |
| **Jefferson** | 73 | 18 | 55 | 0 | 0 | 0 |
| **Johnson** | 36 | 4 | 32 | 7 | 0 | 7 |
| **Knox** | 2 | 0 | 2 | 0 | 0 | 0 |
| **Laclede** | 37 | 2 | 35 | 0 | 0 | 0 |
| **Lafayette** | 18 | 4 | 14 | 2 | 0 | 2 |
| **Lawrence** | 29 | 3 | 26 | 0 | 0 | 0 |
| **Lewis** | 4 | 0 | 4 | 0 | 0 | 0 |
| **Lincoln** | 24 | 3 | 21 | 0 | 0 | 0 |
| **Linn** | 7 | 0 | 7 | 0 | 0 | 0 |
| **Livingston** | 9 | 2 | 7 | 0 | 0 | 0 |

**Table 11. Resident Teen-Age Pregnancies and Abortions by Selected Ages by County of Residence: Missouri, 2022**

| | Total Pregnancies | | | Abortions | | |
|---|---|---|---|---|---|---|
| | Under 20 | Under 18 | 18-19 | Under 20 | Under 18 | 18-19 |
| Macon | 12 | 5 | 7 | 2 | 1 | 1 |
| Madison | 10 | 5 | 5 | 0 | 0 | 0 |
| Maries | 8 | 0 | 8 | 0 | 0 | 0 |
| Marion | 11 | 2 | 9 | 0 | 0 | 0 |
| McDonald | 29 | 3 | 26 | 1 | 0 | 1 |
| Mercer | 4 | 1 | 3 | 0 | 0 | 0 |
| Miller | 23 | 5 | 18 | 1 | 0 | 1 |
| Mississippi | 15 | 6 | 9 | 0 | 0 | 0 |
| Moniteau | 9 | 4 | 5 | 0 | 0 | 0 |
| Monroe | 7 | 1 | 6 | 0 | 0 | 0 |
| Montgomery | 7 | 2 | 5 | 0 | 0 | 0 |
| Morgan | 10 | 4 | 6 | 1 | 0 | 1 |
| New Madrid | 15 | 2 | 13 | 0 | 0 | 0 |
| Newton | 64 | 16 | 48 | 1 | 0 | 1 |
| Nodaway | 6 | 0 | 6 | 0 | 0 | 0 |
| Oregon | 9 | 3 | 6 | 0 | 0 | 0 |
| Osage | 1 | 1 | 0 | 0 | 0 | 0 |
| Ozark | 7 | 2 | 5 | 0 | 0 | 0 |
| Pemiscot | 23 | 3 | 20 | 0 | 0 | 0 |
| Perry | 9 | 0 | 9 | 0 | 0 | 0 |
| Pettis | 29 | 11 | 18 | 1 | 0 | 1 |
| Phelps | 39 | 6 | 33 | 0 | 0 | 0 |
| Pike | 7 | 1 | 6 | 0 | 0 | 0 |
| Platte | 32 | 4 | 28 | 6 | 2 | 4 |
| Polk | 17 | 3 | 14 | 0 | 0 | 0 |
| Pulaski | 37 | 8 | 29 | 0 | 0 | 0 |
| Putnam | 2 | 0 | 2 | 0 | 0 | 0 |
| Ralls | 3 | 1 | 2 | 1 | 0 | 1 |
| Randolph | 18 | 3 | 15 | 0 | 0 | 0 |
| Ray | 10 | 1 | 9 | 1 | 0 | 1 |
| Reynolds | 2 | 0 | 2 | 0 | 0 | 0 |

| | Total Pregnancies | | | Abortions | | |
|---|---|---|---|---|---|---|
| | Under 20 | Under 18 | 18-19 | Under 20 | Under 18 | 18-19 |
| Ripley | 13 | 3 | 10 | 0 | 0 | 0 |
| Saline | 16 | 8 | 8 | 2 | 1 | 1 |
| Schuyler | 7 | 3 | 4 | 2 | 2 | 0 |
| Scotland | 2 | 0 | 2 | 0 | 0 | 0 |
| Scott | 36 | 10 | 26 | 0 | 0 | 0 |
| Shannon | 7 | 3 | 4 | 0 | 0 | 0 |
| Shelby | 3 | 1 | 2 | 0 | 0 | 0 |
| St. Charles | 75 | 18 | 57 | 1 | 0 | 1 |
| St. Clair | 6 | 1 | 5 | 0 | 0 | 0 |
| St. Francois | 45 | 8 | 37 | 0 | 0 | 0 |
| St. Louis City | 188 | 64 | 124 | 1 | 0 | 1 |
| St. Louis County | 324 | 91 | 233 | 1 | 0 | 1 |
| Ste. Genevieve | 6 | 1 | 5 | 0 | 0 | 0 |
| Stoddard | 29 | 5 | 24 | 0 | 0 | 0 |
| Stone | 17 | 1 | 16 | 0 | 0 | 0 |
| Sullivan | 3 | 0 | 3 | 0 | 0 | 0 |
| Taney | 36 | 7 | 29 | 0 | 0 | 0 |
| Texas | 20 | 3 | 17 | 0 | 0 | 0 |
| Vernon | 17 | 4 | 13 | 2 | 1 | 1 |
| Warren | 12 | 3 | 9 | 0 | 0 | 0 |
| Washington | 26 | 5 | 21 | 0 | 0 | 0 |
| Wayne | 5 | 2 | 3 | 0 | 0 | 0 |
| Webster | 37 | 4 | 33 | 0 | 0 | 0 |
| Worth | 1 | 0 | 1 | 0 | 0 | 0 |
| Wright | 19 | 3 | 16 | 0 | 0 | 0 |

**Table 11. Resident Teen-Age Pregnancies and Abortions by Selected Ages by County of Residence: Missouri, 2023**

| | Total Pregnancies | | | Abortions | | |
|---|---|---|---|---|---|---|
| | Under 20 | Under 18 | 18-19 | Under 20 | Under 18 | 18-19 |
| **State Total** | 3,457 | 921 | 2,536 | 231 | 65 | 166 |
| **Adair** | 9 | 0 | 9 | 0 | 0 | 0 |
| **Andrew** | 4 | 1 | 3 | 0 | 0 | 0 |
| **Atchison** | 3 | 0 | 3 | 0 | 0 | 0 |
| **Audrain** | 26 | 5 | 21 | 0 | 0 | 0 |
| **Barry** | 26 | 3 | 23 | 1 | 1 | 0 |
| **Barton** | 7 | 3 | 4 | 0 | 0 | 0 |
| **Bates** | 7 | 1 | 6 | 1 | 0 | 1 |
| **Benton** | 11 | 1 | 10 | 1 | 0 | 1 |
| **Bollinger** | 9 | 1 | 8 | 0 | 0 | 0 |
| **Boone** | 75 | 15 | 60 | 4 | 0 | 4 |
| **Buchanan** | 78 | 18 | 60 | 6 | 1 | 5 |
| **Butler** | 51 | 8 | 43 | 0 | 0 | 0 |
| **Caldwell** | 4 | 2 | 2 | 0 | 0 | 0 |
| **Callaway** | 30 | 12 | 18 | 1 | 0 | 1 |
| **Camden** | 24 | 7 | 17 | 1 | 1 | 0 |
| **Cape Girardeau** | 56 | 22 | 34 | 0 | 0 | 0 |
| **Carroll** | 7 | 2 | 5 | 1 | 0 | 1 |
| **Carter** | 5 | 1 | 4 | 0 | 0 | 0 |
| **Cass** | 39 | 12 | 27 | 7 | 5 | 2 |
| **Cedar** | 13 | 3 | 10 | 0 | 0 | 0 |
| **Chariton** | 3 | 1 | 2 | 1 | 0 | 1 |
| **Christian** | 48 | 6 | 42 | 3 | 0 | 3 |
| **Clark** | 1 | 0 | 1 | 0 | 0 | 0 |
| **Clay** | 113 | 38 | 75 | 19 | 6 | 13 |
| **Clinton** | 11 | 3 | 8 | 0 | 0 | 0 |
| **Cole** | 45 | 15 | 30 | 1 | 0 | 1 |
| **Cooper** | 10 | 0 | 10 | 1 | 0 | 1 |
| **Crawford** | 24 | 9 | 15 | 0 | 0 | 0 |
| **Dade** | 1 | 0 | 1 | 0 | 0 | 0 |

| | Total Pregnancies | | | Abortions | | |
|---|---|---|---|---|---|---|
| | Under 20 | Under 18 | 18-19 | Under 20 | Under 18 | 18-19 |
| **Dallas** | 12 | 3 | 9 | 0 | 0 | 0 |
| **Daviess** | 3 | 0 | 3 | 0 | 0 | 0 |
| **Dekalb** | 5 | 0 | 5 | 0 | 0 | 0 |
| **Dent** | 7 | 2 | 5 | 0 | 0 | 0 |
| **Douglas** | 10 | 2 | 8 | 0 | 0 | 0 |
| **Dunklin** | 42 | 17 | 25 | 0 | 0 | 0 |
| **Franklin** | 45 | 9 | 36 | 0 | 0 | 0 |
| **Gasconade** | 8 | 2 | 6 | 0 | 0 | 0 |
| **Gentry** | 4 | 0 | 4 | 0 | 0 | 0 |
| **Greene** | 176 | 43 | 133 | 4 | 0 | 4 |
| **Grundy** | 9 | 1 | 8 | 0 | 0 | 0 |
| **Harrison** | 10 | 1 | 9 | 1 | 0 | 1 |
| **Henry** | 9 | 3 | 6 | 0 | 0 | 0 |
| **Hickory** | 6 | 1 | 5 | 0 | 0 | 0 |
| **Holt** | 0 | 0 | 0 | 0 | 0 | 0 |
| **Howard** | 8 | 0 | 8 | 0 | 0 | 0 |
| **Howell** | 40 | 13 | 27 | 2 | 0 | 2 |
| **Iron** | 3 | 0 | 3 | 0 | 0 | 0 |
| **Jackson** | 586 | 190 | 396 | 134 | 43 | 91 |
| **Jasper** | 130 | 39 | 91 | 7 | 2 | 5 |
| **Jefferson** | 71 | 15 | 56 | 0 | 0 | 0 |
| **Johnson** | 32 | 5 | 27 | 11 | 3 | 8 |
| **Knox** | 1 | 1 | 0 | 0 | 0 | 0 |
| **Laclede** | 46 | 11 | 35 | 0 | 0 | 0 |
| **Lafayette** | 26 | 5 | 21 | 1 | 0 | 1 |
| **Lawrence** | 40 | 8 | 32 | 0 | 0 | 0 |
| **Lewis** | 6 | 1 | 5 | 0 | 0 | 0 |
| **Lincoln** | 23 | 5 | 18 | 0 | 0 | 0 |
| **Linn** | 6 | 1 | 5 | 0 | 0 | 0 |
| **Livingston** | 12 | 3 | 9 | 1 | 0 | 1 |

**Table 11. Resident Teen-Age Pregnancies and Abortions by Selected Ages by County of Residence: Missouri, 2023**

| | Total Pregnancies | | | Abortions | | |
|---|---|---|---|---|---|---|
| | Under 20 | Under 18 | 18-19 | Under 20 | Under 18 | 18-19 |
| Macon | 10 | 2 | 8 | 0 | 0 | 0 |
| Madison | 8 | 3 | 5 | 0 | 0 | 0 |
| Maries | 2 | 1 | 1 | 0 | 0 | 0 |
| Marion | 21 | 5 | 16 | 0 | 0 | 0 |
| McDonald | 21 | 6 | 15 | 0 | 0 | 0 |
| Mercer | 1 | 0 | 1 | 0 | 0 | 0 |
| Miller | 22 | 7 | 15 | 0 | 0 | 0 |
| Mississippi | 21 | 5 | 16 | 0 | 0 | 0 |
| Moniteau | 7 | 0 | 7 | 0 | 0 | 0 |
| Monroe | 7 | 1 | 6 | 0 | 0 | 0 |
| Montgomery | 3 | 1 | 2 | 0 | 0 | 0 |
| Morgan | 8 | 3 | 5 | 0 | 0 | 0 |
| New Madrid | 13 | 4 | 9 | 0 | 0 | 0 |
| Newton | 47 | 10 | 37 | 2 | 0 | 2 |
| Nodaway | 8 | 1 | 7 | 1 | 0 | 1 |
| Oregon | 9 | 2 | 7 | 0 | 0 | 0 |
| Osage | 3 | 1 | 2 | 0 | 0 | 0 |
| Ozark | 8 | 2 | 6 | 0 | 0 | 0 |
| Pemiscot | 23 | 8 | 15 | 0 | 0 | 0 |
| Perry | 14 | 5 | 9 | 0 | 0 | 0 |
| Pettis | 33 | 5 | 28 | 2 | 0 | 2 |
| Phelps | 22 | 2 | 20 | 0 | 0 | 0 |
| Pike | 11 | 3 | 8 | 0 | 0 | 0 |
| Platte | 30 | 4 | 26 | 9 | 2 | 7 |
| Polk | 18 | 4 | 14 | 0 | 0 | 0 |
| Pulaski | 28 | 3 | 25 | 1 | 0 | 1 |
| Putnam | 3 | 0 | 3 | 0 | 0 | 0 |
| Ralls | 4 | 1 | 3 | 0 | 0 | 0 |
| Randolph | 14 | 4 | 10 | 0 | 0 | 0 |
| Ray | 20 | 9 | 11 | 0 | 0 | 0 |
| Reynolds | 6 | 3 | 3 | 0 | 0 | 0 |

| | Total Pregnancies | | | Abortions | | |
|---|---|---|---|---|---|---|
| | Under 20 | Under 18 | 18-19 | Under 20 | Under 18 | 18-19 |
| Ripley | 12 | 3 | 9 | 0 | 0 | 0 |
| Saline | 16 | 2 | 14 | 1 | 0 | 1 |
| Schuyler | 0 | 0 | 0 | 0 | 0 | 0 |
| Scotland | 0 | 0 | 0 | 0 | 0 | 0 |
| Scott | 36 | 12 | 24 | 0 | 0 | 0 |
| Shannon | 5 | 2 | 3 | 0 | 0 | 0 |
| Shelby | 1 | 1 | 0 | 0 | 0 | 0 |
| St. Charles | 69 | 19 | 50 | 0 | 0 | 0 |
| St. Clair | 8 | 2 | 6 | 0 | 0 | 0 |
| St. Francois | 42 | 10 | 32 | 0 | 0 | 0 |
| St. Louis City | 179 | 65 | 114 | 0 | 0 | 0 |
| St. Louis County | 292 | 89 | 203 | 0 | 0 | 0 |
| Ste. Genevieve | 7 | 1 | 6 | 0 | 0 | 0 |
| Stoddard | 28 | 4 | 24 | 0 | 0 | 0 |
| Stone | 18 | 3 | 15 | 1 | 1 | 0 |
| Sullivan | 8 | 2 | 6 | 0 | 0 | 0 |
| Taney | 38 | 4 | 34 | 2 | 0 | 2 |
| Texas | 23 | 9 | 14 | 0 | 0 | 0 |
| Vernon | 20 | 2 | 18 | 0 | 0 | 0 |
| Warren | 16 | 3 | 13 | 0 | 0 | 0 |
| Washington | 15 | 5 | 10 | 0 | 0 | 0 |
| Wayne | 12 | 1 | 11 | 0 | 0 | 0 |
| Webster | 28 | 4 | 24 | 0 | 0 | 0 |
| Worth | 0 | 0 | 0 | 0 | 0 | 0 |
| Wright | 20 | 3 | 17 | 0 | 0 | 0 |

**Table 12A. Resident Abortions by Race, Age, and Type of Procedure   by Weeks of Gestation: Missouri, 2022**

| | | Weeks of Gestation | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Under 9 | 9-10 | 11-12 | 13-14 | 15-16 | 17-19 | 20 | 21 and Over | Unknown |
| **State Total** | 3,012 | 1,792 | 620 | 224 | 141 | 82 | 100 | 28 | 25 | 0 |
| **Patient's Race** | | | | | | | | | | |
| White, Non-Hispanic | 1,428 | 903 | 273 | 85 | 64 | 34 | 45 | 11 | 13 | 0 |
| Black, Non-Hispanic | 1,067 | 584 | 247 | 93 | 52 | 35 | 35 | 13 | 8 | 0 |
| Other, Non-Hispanic | 293 | 172 | 57 | 26 | 16 | 5 | 13 | 3 | 1 | 0 |
| Unknown, Non-Hispanic | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hispanic, Any Race | 224 | 133 | 43 | 20 | 9 | 8 | 7 | 1 | 3 | 0 |
| **Patient's Age** | | | | | | | | | | |
| Under 15 | 6 | 4 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | 5 | 1 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | 12 | 5 | 3 | 2 | 1 | 0 | 0 | 1 | 0 | 0 |
| 17 | 27 | 15 | 5 | 2 | 3 | 0 | 1 | 1 | 0 | 0 |
| 18 | 82 | 47 | 21 | 2 | 4 | 1 | 4 | 0 | 3 | 0 |
| 19 | 124 | 83 | 17 | 10 | 3 | 5 | 3 | 1 | 2 | 0 |
| 20-24 | 930 | 532 | 222 | 59 | 43 | 29 | 29 | 11 | 5 | 0 |
| 25-29 | 802 | 496 | 152 | 67 | 33 | 24 | 16 | 6 | 8 | 0 |
| 30-34 | 607 | 376 | 114 | 45 | 28 | 12 | 24 | 5 | 3 | 0 |
| 35-39 | 312 | 179 | 62 | 33 | 14 | 7 | 13 | 3 | 1 | 0 |
| 40 and Over | 104 | 54 | 19 | 2 | 12 | 4 | 10 | 0 | 3 | 0 |
| Unknown | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Type of Procedure** | | | | | | | | | | |
| Curettage | 915 | 457 | 203 | 194 | 48 | 7 | 5 | 1 | 0 | 0 |
| Intrauterine Instillation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hysterotomy/Hysterectomy | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Laminaria D & E | 246 | 1 | 0 | 2 | 92 | 72 | 61 | 11 | 7 | 0 |
| Medical/Nonsurgical | 1,792 | 1,334 | 417 | 27 | 1 | 2 | 3 | 2 | 6 | 0 |
| Unknown | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 58 | 0 | 0 | 1 | 0 | 1 | 30 | 14 | 12 | 0 |

**Table 12A. Resident Abortions by Race, Age, and Type of Procedure by Weeks of Gestation: Missouri, 2023**

| | Total | Weeks of Gestation | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Under 9 | 9-10 | 11-12 | 13-14 | 15-16 | 17-19 | 20 | 21 and Over | Unknown |
| State Total | 3,029 | 2,024 | 491 | 204 | 129 | 78 | 70 | 14 | 18 | 1 |
| **Patient's Race** | | | | | | | | | | |
| White, Non-Hispanic | 1,336 | 923 | 209 | 85 | 46 | 33 | 31 | 5 | 3 | 1 |
| Black, Non-Hispanic | 1,078 | 688 | 191 | 74 | 50 | 33 | 27 | 5 | 10 | 0 |
| Other, Non-Hispanic | 321 | 214 | 48 | 23 | 16 | 8 | 8 | 1 | 3 | 0 |
| Unknown, Non-Hispanic | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hispanic, Any Race | 294 | 199 | 43 | 22 | 17 | 4 | 4 | 3 | 2 | 0 |
| **Patient's Age** | | | | | | | | | | |
| Under 15 | 3 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 15 | 13 | 3 | 4 | 4 | 2 | 0 | 0 | 0 | 0 | 0 |
| 16 | 19 | 9 | 4 | 3 | 1 | 1 | 0 | 0 | 1 | 0 |
| 17 | 30 | 14 | 5 | 0 | 6 | 1 | 3 | 0 | 1 | 0 |
| 18 | 58 | 30 | 14 | 3 | 6 | 2 | 0 | 1 | 2 | 0 |
| 19 | 108 | 79 | 13 | 9 | 2 | 3 | 2 | 0 | 0 | 0 |
| 20-24 | 914 | 588 | 160 | 75 | 38 | 29 | 20 | 1 | 3 | 0 |
| 25-29 | 891 | 619 | 133 | 51 | 35 | 22 | 17 | 7 | 6 | 1 |
| 30-34 | 588 | 403 | 102 | 36 | 21 | 9 | 14 | 1 | 2 | 0 |
| 35-39 | 313 | 214 | 43 | 18 | 14 | 8 | 10 | 3 | 3 | 0 |
| 40 and Over | 92 | 64 | 12 | 5 | 3 | 3 | 4 | 1 | 0 | 0 |
| Unknown | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Type of Procedure** | | | | | | | | | | |
| Curettage | 1,083 | 596 | 168 | 180 | 93 | 23 | 13 | 6 | 3 | 1 |
| Intrauterine Instillation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hysterotomy/Hysterectomy | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 |
| Laminaria D & E | 154 | 3 | 2 | 2 | 35 | 51 | 51 | 6 | 4 | 0 |
| Medical/Nonsurgical | 1,774 | 1,422 | 321 | 22 | 1 | 2 | 3 | 1 | 2 | 0 |
| Unknown | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 16 | 3 | 0 | 0 | 0 | 0 | 3 | 1 | 9 | 0 |

**Table 12B. Recorded Abortions by Race, Age, and Type of Procedure   by Weeks of Gestation: Missouri, 2022**

| | Total | Weeks of Gestation | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Under 9 | 9-10 | 11-12 | 13-14 | 15-16 | 17-19 | 20 | 21 and Over | Unknown |
| **State Total** | 88 | 13 | 3 | 3 | 9 | 14 | 22 | 9 | 15 | 0 |
| **Patient's Race** | | | | | | | | | | |
| White, Non-Hispanic | 42 | 5 | 0 | 0 | 5 | 9 | 10 | 4 | 9 | 0 |
| Black, Non-Hispanic | 36 | 6 | 3 | 3 | 3 | 4 | 7 | 5 | 5 | 0 |
| Other, Non-Hispanic | 7 | 1 | 0 | 0 | 1 | 1 | 4 | 0 | 0 | 0 |
| Unknown, Non-Hispanic | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hispanic, Any Race | 3 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| **Patient's Age** | | | | | | | | | | |
| Under 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | 3 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 |
| 19 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 20-24 | 18 | 4 | 0 | 0 | 0 | 3 | 4 | 3 | 4 | 0 |
| 25-29 | 21 | 4 | 2 | 1 | 0 | 3 | 4 | 2 | 5 | 0 |
| 30-34 | 20 | 2 | 1 | 0 | 2 | 3 | 8 | 2 | 2 | 0 |
| 35-39 | 15 | 3 | 0 | 1 | 2 | 3 | 3 | 2 | 1 | 0 |
| 40 and Over | 10 | 0 | 0 | 0 | 4 | 2 | 2 | 0 | 2 | 0 |
| Unknown | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Type of Procedure** | | | | | | | | | | |
| Curettage | 25 | 13 | 3 | 3 | 4 | 2 | 0 | 0 | 0 | 0 |
| Intrauterine Instillation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hysterotomy/Hysterectomy | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Laminaria D & E | 42 | 0 | 0 | 0 | 5 | 10 | 13 | 8 | 6 | 0 |
| Medical/Nonsurgical | 16 | 0 | 0 | 0 | 0 | 2 | 6 | 1 | 7 | 0 |
| Unknown | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 4 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 |

**Table 12B. Recorded Abortions by Race, Age, and Type of Procedure by Weeks of Gestation: Missouri, 2023**

| | Total | Weeks of Gestation | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Under 9 | 9-10 | 11-12 | 13-14 | 15-16 | 17-19 | 20 | 21 and Over | Unknown |
| State Total | 37 | 2 | 3 | 1 | 2 | 9 | 12 | 3 | 4 | 1 |
| Patient's Race | | | | | | | | | | |
| White, Non-Hispanic | 18 | 2 | 0 | 0 | 1 | 2 | 10 | 2 | 0 | 1 |
| Black, Non-Hispanic | 12 | 0 | 0 | 0 | 1 | 7 | 1 | 1 | 2 | 0 |
| Other, Non-Hispanic | 5 | 0 | 3 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| Unknown, Non-Hispanic | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hispanic, Any Race | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| Patient's Age | | | | | | | | | | |
| Under 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-24 | 5 | 0 | 1 | 1 | 0 | 2 | 1 | 0 | 0 | 0 |
| 25-29 | 10 | 1 | 1 | 0 | 0 | 3 | 2 | 0 | 2 | 1 |
| 30-34 | 9 | 0 | 1 | 0 | 0 | 1 | 5 | 1 | 1 | 0 |
| 35-39 | 10 | 1 | 0 | 0 | 2 | 2 | 2 | 2 | 1 | 0 |
| 40 and Over | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| Unknown | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Type of Procedure | | | | | | | | | | |
| Curettage | 8 | 2 | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| Intrauterine Instillation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hysterotomy/Hysterectomy | 3 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 |
| Laminaria D & E | 11 | 0 | 0 | 0 | 0 | 3 | 6 | 1 | 1 | 0 |
| Medical/Nonsurgical | 14 | 0 | 0 | 0 | 1 | 4 | 5 | 2 | 2 | 0 |
| Unknown | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |

*Table 12C. Post-Abortion Complication Report: Missouri, 2022*

| | Procedure Type | | | |
|---|---|---|---|---|
| | Surgical | Medical | Not Specified | Total |
| **Total Complications** | 55 | 60 | 0 | 115 |
| ..Incomplete Abortion | 7 | 12 | 0 | 19 |
| ..Hemorrhage | 17 | 9 | 0 | 26 |
| ..Endometritis | 7 | 5 | 0 | 12 |
| ..Parametrititis | 0 | 0 | 0 | 0 |
| ..Pyrexia | 0 | 1 | 0 | 1 |
| ..Pelvic Abscess | 0 | 0 | 0 | 0 |
| ..Uterine Perforation | 6 | 0 | 0 | 6 |
| ..Failed Abortion, Pregnancy Undisturbed | 1 | 11 | 0 | 12 |
| ..Retained Products | 12 | 16 | 0 | 28 |
| ..Cervical Laceration | 3 | 0 | 0 | 3 |
| ..Psychiatric | 0 | 0 | 0 | 0 |
| ..Other Complication | 2 | 6 | 0 | 8 |
| **No Complication Reported** | 0 | 0 | 0 | 0 |
| **Total Complication Reports Received** | 34 | 31 | 0 | 65 |

| | Count |
|---|---|
| **Patients Hospitalized** | 36 |

| | Count | Percent with Complications* |
|---|---|---|
| **Complication Reports for Abortions Recorded in Missouri** | 2 | 2.3 |

*Refer to Appendix Section "New Tables on Post-Abortion Complications" for more information.*
*\* Rate is calculated as total complication reports for abortions performed in Missouri out of all abortions performed in Missouri.*

### *Table 12C. Post-Abortion Complication Report: Missouri, 2023*

| | Procedure Type | | | |
|---|---|---|---|---|
| | Surgical | Medical | Not Specified | Total |
| **Total Complications** | 42 | 49 | 5 | 96 |
| ..Incomplete Abortion | 1 | 11 | 2 | 14 |
| ..Hemorrhage | 17 | 8 | 0 | 25 |
| ..Endometritis | 2 | 0 | 0 | 2 |
| ..Parametrititis | 0 | 0 | 0 | 0 |
| ..Pyrexia | 0 | 0 | 0 | 0 |
| ..Pelvic Abscess | 0 | 0 | 0 | 0 |
| ..Uterine Perforation | 10 | 0 | 0 | 10 |
| ..Failed Abortion, Pregnancy Undisturbed | 3 | 10 | 0 | 13 |
| ..Retained Products | 2 | 10 | 1 | 13 |
| ..Cervical Laceration | 3 | 0 | 0 | 3 |
| ..Psychiatric | 0 | 0 | 0 | 0 |
| ..Other Complication | 4 | 10 | 2 | 16 |
| **No Complication Reported** | 0 | 0 | 0 | 0 |
| **Total Complication Reports Received** | 31 | 33 | 5 | 69 |

| | Count |
|---|---|
| **Patients Hospitalized** | 28 |

| | Count | Percent with Complications* |
|---|---|---|
| **Complication Reports for Abortions Recorded in Missouri** | 3 | 8.1 |

*Refer to Appendix Section "New Tables on Post-Abortion Complications" for more information.*

*\* Rate is calculated as total complication reports for abortions performed in Missouri out of all abortions performed in Missouri.*

**Table 13. Resident Abortions by Age, Marital Status, and Education by Race and Hispanic Origin: Missouri, 2022**

| | Total | Patient's Race | | | |
| --- | --- | --- | --- | --- | --- |
| | | White, Non-Hispanic | Black, Non-Hispanic | Other, Non-Hispanic | Hispanic, Any Race |
| **State Total** | 3,012 | 1,428 | 1,067 | 293 | 224 |
| **Patient's Age** | | | | | |
| Under 15 | 6 | 3 | 3 | 0 | 0 |
| 15 | 5 | 1 | 2 | 1 | 1 |
| 16 | 12 | 5 | 2 | 2 | 3 |
| 17 | 27 | 14 | 9 | 2 | 2 |
| 18 | 82 | 42 | 28 | 1 | 11 |
| 19 | 124 | 59 | 35 | 16 | 14 |
| 20-24 | 930 | 423 | 326 | 97 | 84 |
| 25-29 | 802 | 370 | 301 | 77 | 54 |
| 30-34 | 607 | 286 | 229 | 57 | 35 |
| 35-39 | 312 | 161 | 106 | 32 | 13 |
| 40 and Over | 104 | 63 | 26 | 8 | 7 |
| Unknown | 1 | 1 | 0 | 0 | 0 |
| **Marital Status** | | | | | |
| Never Married | 38 | 10 | 22 | 4 | 2 |
| Currently Married | 353 | 216 | 62 | 48 | 27 |
| Formerly Married | 2 | 1 | 1 | 0 | 0 |
| Unmarried, Unspecified | 2,619 | 1,201 | 982 | 241 | 195 |
| **Years of Education** | | | | | |
| 0-8 | 16 | 5 | 4 | 3 | 4 |
| 9-11 | 160 | 81 | 51 | 11 | 17 |
| 12 | 1,066 | 428 | 458 | 96 | 84 |
| 13-15 | 1,067 | 536 | 370 | 84 | 77 |
| 16 or More | 473 | 297 | 103 | 50 | 23 |
| Unknown | 230 | 81 | 81 | 49 | 19 |

**Table 13. Resident Abortions by Age, Marital Status, and Education  by Race and Hispanic Origin: Missouri, 2023**

| | Total | Patient's Race | | | |
| | | White, Non-Hispanic | Black, Non-Hispanic | Other, Non-Hispanic | Hispanic, Any Race |
|---|---|---|---|---|---|
| **State Total** | 3,029 | 1,336 | 1,078 | 321 | 294 |
| **Patient's Age** | | | | | |
| **Under 15** | 3 | 0 | 3 | 0 | 0 |
| **15** | 13 | 9 | 1 | 3 | 0 |
| **16** | 19 | 10 | 7 | 2 | 0 |
| **17** | 30 | 10 | 14 | 2 | 4 |
| **18** | 58 | 27 | 16 | 9 | 6 |
| **19** | 108 | 48 | 31 | 12 | 17 |
| **20-24** | 914 | 394 | 313 | 90 | 117 |
| **25-29** | 891 | 401 | 334 | 83 | 73 |
| **30-34** | 588 | 240 | 235 | 64 | 49 |
| **35-39** | 313 | 145 | 102 | 44 | 22 |
| **40 and Over** | 92 | 52 | 22 | 12 | 6 |
| **Marital Status** | | | | | |
| **Never Married** | 12 | 5 | 5 | 0 | 2 |
| **Currently Married** | 341 | 214 | 64 | 47 | 16 |
| **Formerly Married** | 1 | 0 | 1 | 0 | 0 |
| **Unmarried, Unspecified** | 2,675 | 1,117 | 1,008 | 274 | 276 |
| **Years of Education** | | | | | |
| **0-8** | 35 | 7 | 12 | 8 | 8 |
| **9-11** | 167 | 82 | 46 | 20 | 19 |
| **12** | 1,092 | 413 | 454 | 95 | 130 |
| **13-15** | 1,062 | 505 | 379 | 91 | 87 |
| **16 or More** | 449 | 250 | 114 | 59 | 26 |
| **Unknown** | 224 | 79 | 73 | 48 | 24 |