No. 4:25-cv-01580

In the United States District Court for the Eastern District of Missouri

———————————

THE STATE OF MISSOURI, ET AL.,

*Intervenor-Plaintiffs*,

v.

U.S. FOOD AND DRUG ADMINISTRATION, ET AL.,

*Defendants*.

———————————

**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE ADVANCING AMERICAN FREEDOM, INC.; ALABAMA POLICY INSTITUTE; AMERICAN ASSOCIATION OF SENIOR CITIZENS; AMERICAN VALUES; AMERICANS UNITED FOR LIFE; AMERICA'S WOMEN; ANGLICANS FOR LIFE; ASSOCIATION OF MATURE AMERICAN CITIZENS ACTION; FRAN BEVAN, PHYLLIS SCHLAFLY'S PENNSYLVANIA EAGLE FORUM; JEFF BRADFORD, PRESIDENT, HUMAN COALITION; CENTER FOR URBAN RENEWAL AND EDUCATION (CURE); CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; DANIEL DARLING, DIRECTOR, LAND CENTER FOR CULTURAL ENGAGEMENT; DEMOCRATS FOR LIFE; EAGLE FORUM; FAMILY COUNCIL IN ARKANSAS; FAMILY INSTITUTE OF CONNECTICUT ACTION; FRONTIERS OF FREEDOM; CHARLIE GEROW; INTERNATIONAL CONFERENCE OF EVANGELICAL CHAPLAIN ENDORSERS; TIM JONES, FORMER SPEAKER, MISSOURI HOUSE, FOUNDER, LEADERSHIP FOR AMERICA INSTITUTE; DR. ALVEDA KING; LOUISIANA FAMILY FORUM; MEN AND WOMEN FOR A REPRESENTATIVE DEMOCRACY IN AMERICA, INC.; NATIONAL RELIGIOUS BROADCASTERS; NEW YORK STATE CONSERVATIVE PARTY; NORTH CAROLINA VALUES COALITION; ORTHODOX JEWISH CHAMBER OF COMMERCE; 60 PLUS ASSOCIATION; PAUL STAM, FORMER SPEAKER PRO TEM, NORTH CAROLINA HOUSE OF REPRESENTATIVES; STUDENTS FOR LIFE OF AMERICA; THE FAMILY FOUNDATION OF VIRGINIA; THE WAGNER CENTER; TRADITION, FAMILY, PROPERTY, INC.; RICHARD VIGUERIE, CHAIRMAN, CONSERVATIVEHQ.COM; SUZI VOYLES, PRESIDENT, EAGLE FORUM OF GEORGIA; WISCONSIN FAMILY ACTION, INC.; AND WOMEN FOR DEMOCRACY IN AMERICA, INC. IN SUPPORT OF PLAINTIFFS**

———————————

J. Marc Wheat
  *Counsel of Record*
(VA State Bar No. 39602)
Advancing American Freedom, Inc.
801 Pennsylvania Avenue, N.W., Suite 930
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com

*Counsel for Amicus Curiae*

March 30, 2026

## Motion for Leave to File Brief of Amici Curiae

Amici Advancing American Freedom; Alabama Policy Institute; American Association of Senior Citizens; American Values; Americans United for Life; America's Women; Anglicans for Life; Association of Mature American Citizens Action; Fran Bevan, Phyllis Schlafly's Pennsylvania Eagle Forum; Jeff Bradford, President, Human Coalition; Center for Urban Renewal and Education (CURE); Christian Medical & Dental Associations; Daniel Darling, Director, Land Center for Cultural Engagement; Democrats for Life; Eagle Forum; Family Council in Arkansas; Family Institute of Connecticut Action; Frontiers of Freedom; Charlie Gerow; International Conference of Evangelical Chaplain Endorsers; Tim Jones, Former Speaker, Missouri House, Founder, Leadership for America Institute; Dr. Alveda King; Louisiana Family Forum; Men and Women for a Representative Democracy in America, Inc.; National Religious Broadcasters; New York State Conservative Party; North Carolina Values Coalition; Orthodox Jewish Chamber Of Commerce; 60 Plus Association; Paul Stam, Former Speaker Pro Tem, North Carolina House of Representatives; Students for Life of America; The Family Foundation of Virginia; The Wagner Center; Tradition, Family, Property, Inc.; Richard Viguerie, Chairman, ConservativeHQ.com; Suzi Voyles, President, Eagle Forum of Georgia; Wisconsin Family Action, Inc.; and Women for Democracy in America, Inc. respectfully request leave to file the attached amici brief in support of

1

Intervenor-Plaintiffs. Intervenor-Plaintiffs consented to the filing of this amicus brief. Intervenor-Defendants GenBioPro and Danco do not oppose the filing of this amicus brief. Defendant Food and Drug Administration took no position on the filing of this amicus brief. The brief that Amici propose to file is attached as exhibit A.

Respectfully submitted,

J. MARC WHEAT
ADVANCING AMERICAN FREEDOM, INC.
801 Pennsylvania Avenue, N.W., Suite 930
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com
*Counsel for Amicus Curiae*

March 30, 2026

2