**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |
|---|---|
| THE STATE OF MISSOURI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, et al., <br><br> Defendants. | Case No. 4:25-cv-01580-CMS |

**MOTION FOR LEAVE TO FILE BRIEF FOR THE STATES OF NEBRASKA, ALABAMA, ARKANSAS, GEORGIA, INDIANA, IOWA, LOUISIANA, MISSISSIPPI, MONTANA, NORTH DAKOTA, OHIO, OKLAHOMA, SOUTH CAROLINA, SOUTH DAKOTA, TEXAS, UTAH, AND WYOMING AS *AMICI CURIAE* IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

The States of Nebraska, Alabama, Arkansas, Georgia, Indiana, Iowa, Louisiana, Mississippi, Montana, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Texas, Utah, and Wyoming ("the States") move for leave to file the attached brief as *amici curiae* in opposition to Defendants' motion to dismiss.

The States have laws "based on their belief that abortion destroys an 'unborn human being.'" *Dobbs v. Jackson Women's Health Org.*, 597 U.S. 215, 256 (2022). Many have laws that specifically regulate chemical abortion. And the States have a

unique interest in their ability "to create and enforce a legal code." *Tex. Office of Pub. Util. Counsel v. FCC,* 183 F.3d 393, 449 (5th Cir.1999) (quoting *Alfred L. Snapp & Son, Inc. v. Puerto Rico ex rel. Barez,* 458 U.S. 592, 601–02 (1982)). The attached brief is timely and useful to the Court in resolving the matter before it.

## <u>CONCLUSION</u>

The Court should grant the motion and file the attached brief.

Dated: April 3, 2026                              Respectfully submitted,

MICHAEL T. HILGERS
Attorney General

/s/ CODY S. BARNETT
Solicitor General

ZACHARY A. VIGLIANCO
Principal Deputy Solicitor General

Nebraska Department of Justice
1445 K Street, Room 2115
Lincoln, Nebraska 68508
Tel.: (402) 471-2683
Fax: (402) 471-3297
cody.barnett@nebraska.gov

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion has been served on all counsel of record by ECF.

Dated: April 3, 2026

/s/ *Cody S. Barnett*
CODY S. BARNETT
*Counsel for Amici Curiae*